

# SCHWARTZ SIMON EDELSTEIN CELSO & KESSLER LLP

TEN JAMES STREET • FLORHAM PARK • NEW JERSEY 07932    TEL: 973.301.0001    FAX: 973.301.0203

Lawrence S. Schwartz PA
Nathanya G. Simon[3]
Donald A. Kessler
Allan P. Dzwilewski
Andrew B. Brown
Michael H. Cohen
Denis G. Murphy
Brad M. Kaplan[3]

Stephen J. Edelstein
Nicholas Celso, III
Burton Zitomer[3,8]
Paul H. Green
Marc H. Zitomer[3]
Stefani C Schwartz[1]
Matthew I. Kane[3]
Elizabeth F. Lorell[3]

*counsel*
Jacob Green
Hope R. Blackburn
David J. Ruitenberg
Nuris E. Portuondo[7,3]
Christopher R. Welgos
Patrick D. Tobia
Philip B. Whitcomb[3,1]

Alan J. Schnirman
Lisa C. Wood[3]
John G. Geppert, Jr.
Jean S. Lidon
John E. Croot[3]
Joan M. Damora
Charles E. Falk[6]

WWW.SSECK.COM

WRITER'S E-MAIL ADDRESS: dbonett@sseck.com

Heidi M.G. Hanley
Susan W. D'Angelo[4]
Rachel A. Davis[3]
David L. Blank[3]
Jaime M. Davids[3]
Andrea J. Godwin
Mark H. Aronowitz
Kimberly E. Knauf
Melanie J. Perez-Vellios
Audra A. Pondish
Alana N. Gardner[3]
Joshua I. Savitz[3]
Devyn C. Fomer

*of counsel*
Glenn C. Guritzky[3]
Kathleen W. Hofstetter
Scott A. Elk[2]
Miguel A. Maza[5]

Jacquelyn A. Pelosi[4]
Robin S. Ballard[4]
Jason J. Waldstein
David M Farkouh[3]
Gregory T. Dennison[3]
John E. Horan
Katie L. Hemmendinger
Debra K. Stephans[3]
Danielle M. Bonett[3]
Dinesh U. Dadlani[4]
Jeffrey A. Kopco[3]
Seth D. Griep
Brett L. Carrick[3]

1-Also member of FL Bar
2-Member of FL Bar only
3-Also member of NY Bar
4-Also member of PA Bar
5-Also member of PR Bar
6-Also member of VA Bar
7-Also member of D.C. Bar
8-R.1:40 Qualified Mediator

*Please Reply to Florham Park Office.*

March 19, 2007

**Via E-Filing**
Hon. Magistrate Madeline Cox Arleo
United States District Court
District of New Jersey
Martin Luther King, Jr. Federal Building
& U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

**Re:**    **B.C. and L.T. o/b/o C.C. v. Long Hill Township Board of Education, et al.**
**Civil Action No. 06-5410-JAG-MCA**

Dear Judge Arleo:

Pursuant to Your Honor's Letter Order of February 27, 2007, attached is the Joint Discovery Plan and accompanying Certification of E-Mail and Facsimile Signatures.

Respectfully submitted,

SCHWARTZ SIMON EDELSTEIN
CELSO & KESSLER, LLP

By: *Danielle M. Bonett*
Danielle M. Bonett

DMB/dmb
Enclosures
cc:    John B. Comegno, II, Esq. (w/encl., via e-filing)
       Jeffrey D. Ullman, Esq. (w/encl., via e-filing)