## UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| **CHAMBERS OF**<br>**MADELINE COX ARLEO**<br>UNITED STATES MAGISTRATE JUDGE | **MARTIN LUTHER KING COURTHOUSE**<br>**50 WALNUT ST.**<br>**ROOM 2060**<br>**NEWARK, NJ 07101**<br>**973-297-4903** |

March 22, 2007

| | |
|---|---|
| John B. Comegno, II, Esq.<br>Comegno Law Group, P.C.<br>Tall Oaks Corporate Center II<br>1000 N. Lenola Road<br>Suite 101<br>Maple Shade, NJ 08052 | Jeffrey D. Ullman, Esq.<br>Ullman, Furhman & Platt, PC<br>89 Headquarters Plaza<br>Twelfth Floor<br>Morristown, NJ 07960 |

Stefani C. Schwartz, Esq.
Schwartz, Simon, Edelstein, Celso &
Kessler, LLP
Ten James Street
Florham Park, NJ 07932

### LETTER ORDER

Re:   B.C., et al. v. Long Hill Township Board of Education, et al.
        Civil Action No. 06-5410 (JAG)

Dear Counsel:

A settlement conference is scheduled for **Tuesday, May 15, 2007 at 2:00 p.m.**  One week prior to the conference, each party is to deliver to the court and counsel a letter, not to exceed 5 pages, summarizing the relevant facts, the respective legal positions, status of the case, and the client's position on settlement.  Trial counsel are to be present at the conference.  Clients with full settlement authority are to be present at the conference.

**SO ORDERED.**

*s/Madeline Cox Arleo*
**MADELINE COX ARLEO**
**United States Magistrate Judge**

cc:   Clerk
        Hon. Joseph A. Greenaway, Jr., U.S.D.J.
        File